Kevin **KLEIN**, Appellant,

v.

**STAR AERO, INC.**, Respondent.

No. WD 50253.

Missouri Court of Appeals,
Western District.

Dec. 12, 1995.

John H. Edmiston, Warrensburg, for appellant.

Bruce A. Bailey, Bailey & Associates, Warrensburg, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM:

Kevin Klein brought suit in Johnson County Circuit Court against Star Aero, Inc., claiming damages resulting from Star Aero's breach of agreement to repair Klein's airplane. The trial court, sitting without a jury,

found in favor of Star Aero and Klein appeals.

The judgment is affirmed. Rule 84.16(b).